**Gerald GORDON and Stephanie Gordon**

v.

**CITY OF PROVIDENCE.**

No. 80–529–M.P.

Supreme Court of Rhode Island.

Dec. 18, 1980.

Gerald Gordon, pro se.

Richard G. Riendeau, Legal Counsel, Code Enforcement Division, City of Providence, Pawtucket, for respondent.

## ORDER

The petition for writ of certiorari and petitioners' motion to waive the filing fee in this case are both denied.

**In the Matter of RONALD.**

No. 80–565–M.P.

Supreme Court of Rhode Island.

Dec. 18, 1980.

Gerald M. Brenner, Asst. City Sol., Woonsocket, for petitioner.

Paula Rosin, Asst. Public Defender, for respondent.

## ORDER

Since jeopardy has attached in this case, we decline to review the correctness of the challenged evidentiary ruling.

The petition for writ of certiorari is denied and the stay previously entered herein is hereby vacated.

**Susan B. WILSON**

v.

**Robert B. GATES et al.**

No. 80–541–M.P.

Supreme Court of Rhode Island.

Dec. 18, 1980.

Sheffield & Harvey, G. Quentin Anthony, Jr., Newport, for plaintiff-respondent.

Robert B. Gates, pro se.

## ORDER

The petition for writ of certiorari is denied.